IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

LUCY XI,

        Defendant.

CRIMINAL ACTION
NO. 16-22-5

## ORDER

**AND NOW**, this 6th day of July 2018, upon consideration of Defendant Lucy Xi's Motion to Suppress (Doc. No. 160), the Government's Response to Defendant's Motion to Suppress (Doc. No. 168), Defendant Lucy Xi's Reply in Further Support of Motion to Suppress (Doc. No. 178), the arguments of counsel for the parties at the April 30, 2018 hearing on all pre-trial motions, the Exhibits filed by the Government (Doc. Nos. 168-1 to 168-4; 186, Ex. A), and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that Defendant Lucy Xi's Motion to Suppress (Doc. No. 160) is **GRANTED**.

        BY THE COURT:

        /s/ Joel H. Slomsky
        JOEL H. SLOMSKY, J.