IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUCY XI,<br><br>                Defendant. | CRIMINAL ACTION<br>NO. 16-22-5 |

## **ORDER**

**AND NOW**, this 1st day of August 2018, upon consideration of Defendant Lucy Xi's Motion to Dismiss for Prosecutorial Misconduct or, in the Alternative, to Sever (Doc. No. 159), the Government's Response to Defendant Lucy Xi's Motion to Dismiss for Prosecutorial Misconduct or, in the Alternative, to Sever (Doc. No. 165), Defendant Lucy Xi's Reply in Further Support of Motion to Dismiss for Prosecutorial Misconduct or, in the Alternative, to Sever (Doc. No. 179), the arguments of counsel for the parties at the April 30, 2018 hearing on all pretrial motions, and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that Defendant Lucy Xi's Motion to Dismiss and Motion to Sever (Doc. No. 159) are **DENIED**.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.