IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUCY XI,<br><br>            Defendant. | CRIMINAL ACTION<br>NO. 16-22-5 |

### ORDER

**AND NOW**, this 1st day of September 2021, upon consideration of the Government's Motion in Limine to Exclude Evidence of Civil Complaint and its Allegations (Doc. No. 210), Defendant's Response in Opposition to the Government's Motion (Doc. No. 227), Defendant's Motion in Limine #1: for Admission of Federal Bureau of Investigation ("FBI") Special Agent Winsett's Admissions Regarding Ms. Xi (Doc. No. 214), the Government's Response in Opposition (Doc. No. 224), Defendant's Motion in Limine #2: for Admission of Judicial Admissions (Doc. No. 216), the Government's Response in Opposition (Doc. No. 220), Defendant's Motion in Limine #3: to Exclude October 11, 2013 E-mail from Ms. Xi to Mr. Mei (Doc. No. 217), the Government's Response in Opposition (Doc. No. 221), Defendant's Motion in Limine #5: to Prevent the Government from Relitigating Conclusions of Law Made by this Court (Doc. No. 374), the Government's Response in Opposition (Doc. No. 378), Defendant's Motion to Suppress Confidential Marital Communications (Doc. No. 260), the Government's Response in Opposition (Doc. No. 269), the arguments of counsel at the hearing on the Motions held on August 4, 2021 (see Doc. No. 395), and in accordance with the Opinion of the Court issued this date, it is **ORDERED** as follows:

1. The Government's Motion in Limine to Exclude Evidence of Civil Complaint and its Allegations (Doc. No. 210) is **GRANTED**.

2. Defendant's Motion in Limine for Admission of FBI Special Agent Winsett's Admissions Regarding Ms. Xi (Doc. No. 214), Motion in Limine to Exclude October 11, 2013 E-mail from Ms. Xi to Mr. Mei (Doc. No. 217), Motion in Limine to Prevent the Government from Relitigating Conclusions of Law Made by this Court (Doc. No. 374), and Motion to Suppress Confidential Marital Communications (Doc. No. 260) are **DENIED**.

3. Defendant's Motion in Limine for Admission of Judicial Admissions (Doc. No. 216) is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.