IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: November 19, 2021 |
| | : | |
| vs. | : | |
| | : | |
| LUCY XI | : | Criminal No. 16-22–05 |

## HEARING CANCELLED

TAKE NOTICE that the above-entitled case has been set for a **PRE-TRIAL MOTION HEARING** on **DECEMBER 3, 2021 at 2:30 p.m.** and **TRIAL** on **JANUARY 3, 2022 at 9:30 a.m.** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, before the Honorable Joel H. Slomsky, in Courtroom 13A, 13th floor.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

☐ INTERPRETER REQUIRED
☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM,

Very truly yours,

*S/ Matthew J. Higgins*
Matthew J. Higgins
Deputy Clerk to Judge Slomsky

Notice to:
 E. YAFFE, ESQ., F. SCIREMAMMANO, ESQ., Defense Counsel
R. LIVERMORE, AUSA, J. KANG, AUSA
U.S. Marshal
Probation Office
B. Brooks,   Pretrial Services
Larry Bowman